# MEMORANDUM DECISIONS

**1**

Charley AKIN v. STATE. (No. 10757.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Coleman County; J. O. Woodward, Judge. Critz & Woodward, of Coleman, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for assault to murder; punishment fixed at confinement in the penitentiary for a period of five years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

**2**

G. C. ALLEN v. STATE. (No. 10753.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. V. L. Shurtleff, of Breckenridge, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. Transporting intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for a period of four years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

**3**

Ivory BAKER v. STATE. (No. 10311.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Wood County; J. R. Warren, Judge. Bozeman & Cathey, of Quitman, and M. D. Carlock, of Winnsboro, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for manufacturing intoxicating liquor; punishment being one year's confinement in the penitentiary. Appellant has filed his affidavit, advising the court that he no longer desires to prosecute his appeal, and requesting that the same be dismissed, and in compliance with such request it is so ordered.

**4**

Joe BANKS v. STATE. (No. 10690). (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, Johnson County; Irwin T. Ward, Judge. M. N. Bauldwin, of Cleburne, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for manufacturing potable liquors containing in excess of 1 per cent. of alcohol by volume; punishment being one year in the penitentiary. Appellant has filed his affidavit, advising this court that he will no longer prosecute his appeal, and requesting that it be dismissed. In compliance with such request the appeal is dismissed.

**5**

Paul BEDNORZ v. STATE. (No. 10152.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Live Oak County; T. M. Cox, Judge. B. D. Tarlton, of Corpus Christi, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

**6**

L. S. BRYANT v. STATE. (No. 9295.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Ellis County; W. L. Harding, Judge. Farrar & Kemble, of Waxahachie, and Wear, Wood & Wear, of Hillsboro, for appellant. Will M. Martin, Co. Atty., J. E. Clarke, Asst. Co. Atty., and Morrow & Stollenwerck, all of Hillsboro, Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is a conspiracy to bribe; punishment fixed at confinement in the penitentiary for a period of three years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

**7**

Francisco CAMARILLO v. STATE. (No. 10689.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, Taylor County; W. R. Ely, Judge. Oliver Cunningham and T. A. Bledsoe, both of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Taylor county of selling intoxicating liquor; punishment, one year in the penitentiary. We find in the record the affidavit of appellant, affirming the fact that he desires to have his appeal dismissed. The request is granted. The appeal is dismissed.